■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BENAVIDES, Appellant. [795 NYS2d 585]—

Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered November 13, 2003, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 14 years, unanimously modified, on the law, to the extent of vacating the DNA databank fee, and otherwise affirmed.

Defendant knowingly and intelligently waived his right to appeal, and this waiver encompassed his excessive sentence claim (*People v Hidalgo*, 91 NY2d 733 [1998]). In any event, were we to find that defendant did not validly waive his right to appeal, we would perceive no basis for reducing the sentence.

As the People concede, since the crime was committed before the effective date of the legislation (Penal Law § 60.35 [1] [a] [v] [former (1) (e)]) providing for the imposition of a DNA databank fee, that fee should not have been imposed. Since this issue involves the substantive legality of the sentence, it survives defendant's waiver of his right to appeal. Concur—Saxe, J.P., Sullivan, Nardelli and Williams, JJ.